No. 70–2. UNITED STATES *v.* 12 200-FT. REELS OF SUPER 8MM. FILM ET AL. (PALADINI, CLAIMANT). Appeal from D. C. C. D. Cal. [Probable jurisdiction noted, 403 U. S. 930];

No. 70–18. ROE ET AL. *v.* WADE, DISTRICT ATTORNEY OF DALLAS COUNTY. Appeal from D. C. N. D. Tex. [Probable jurisdiction postponed, 402 U. S. 941];

No. 70–40. DOE ET AL. *v.* BOLTON, ATTORNEY GENERAL OF GEORGIA, ET AL. Appeal from D. C. N. D. Ga. [Probable jurisdiction postponed, 402 U. S. 941];

No. 70–69. UNITED STATES *v.* ORITO. Appeal from D. C. E. D. Wis. [Probable jurisdiction noted, 404 U. S. 819]; and

No. 70–73. MILLER *v.* CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., County of Orange. [Probable jurisdiction noted, 401 U. S. 992.] These cases are restored to the calendar for reargument. MR. JUSTICE DOUGLAS dissents in Nos. 70–18 and 70–40.

No. 70–35. AUSTIN ET AL. *v.* MEYER ET AL. Appeal from D. C. M. D. Fla. Motion of appellees to vacate stay heretofore granted by Mr. Justice Black on August 31, 1970, presented to MR. JUSTICE POWELL, and by him referred to the Court, granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 71–1398. WARNER, SECRETARY OF THE NAVY *v.* FLEMINGS. C. A. 2d Cir. [Certiorari granted, 407 U. S. 919.] Motion of respondent for appointment of counsel granted. It is ordered that Michael Meltsner, Esquire, of New York, New York, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.